UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEITH DONNELL GREGG,

    Petitioner,

vs.

BRIAN WILLIAMS, SR., *et al.*,

    Respondents.

Case No. 2:14-cv-00465-RFB-PAL

**ORDER**

    **IT IS ORDERED** that the Court reconsiders its Order [26] denying the appointment of counsel and now GRANTS petitioner's request for the appointment of counsel.

    **IT IS ORDERED** that the Federal Public Defender's is appointed to represent the petitioner in this case.   The Clerk of Court shall serve a copy of this Order on the Federal Public Defender's Office.

    **IT IS FURTHER ORDERED** that Petitioner shall have sixty (60) days from the date of this Order to file an Amended Petition.

/ / /

/ / /

**IT IS ORDERED** that the Motion [9] to Dismiss is DENIED without prejudice. Respondents may file a new or renewed motion to dismiss within thirty (30) days of the filing of the Amended Petition.

**Dated** this 31st day of March, 2016.

---
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE