**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEITH DONNELL GREGG, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> BRIAN WILLIAMS, *et al.*, ) <br> ) <br> Respondents. ) | 2:14-cv-00465-RFB-PAL <br><br> **ORDER** |

This is a habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254.  Petitioner has filed a counseled motion to voluntarily dismiss this action.  ECF No. 31.  Good cause appearing,

IT IS THEREFORE ORDERED that this action is DISMISSED.  The clerk shall entered judgment accordingly.

IT IS FURTHER ORDERED that petitioner's motion for an extension of time (ECF No. 30) is GRANTED *nunc pro tunc* as of May 26, 2016.

Dated this 8th day of February, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE